**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01154-CR
No. 05-13-01155-CR

**TOMMY EXIQUIO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-51119-M, F10-51168-M**

## ORDER

The Court **REINSTATES** the appeal.

After reviewing the clerk's records in these appeals, the Court had a question regarding the accuracy of the records. Specifically, in each case, the indictment alleges that the offense of burglary of a habitation occurred on or about January 13, 2010 and identifies the complaining witness as Jimmie Stephenson. Additionally, the judicial confessions in each case each identify Jimmie Stephenson as the complaining witness. The indictment in cause no. 05-13-01155-CR (trial court no. F10-51168-M) was filed on February 19, 2010. The police report, dated January 14, 2010, that follows the indictment in the clerk's record identifies the complaining witness by the name of Moreno. The police report has a handwritten notation of "10-51168-194." The

indictment in cause no. 05-13-01154-CR (trial court no. F10-51119-M) was filed on February 24, 2010. The police report, dated January 13, 2010, that follows this indictment identifies the complaining witness by the name of Stephenson. The police report has a handwritten notation of "10-51119-194."

Because it appeared appellant was charged and pleaded twice to the same offense, we ordered the trial court to make findings regarding the documents contained in the records. We **ADOPT** the trial court's findings that: (1) there is not an amended indictment in trial court no. F10-51168 (05-13-01155-CR); and (2) the plea papers and judicial confession in the clerk's record for cause no. 05-13-01155-CR are correct copies of the documents admitted into evidence.

We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, a supplemental brief addressing the issue of the whether appellant was charged with the same offense in the two indictments and whether appellant pleaded guilty to the same offense as alleged in the two indictments.

We **ORDER** the State to file its supplemental response brief within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
       JUSTICE